IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-08 |
| ) | |
| RICHARD D. REID, ) | |
| a/k/a "ABDUL H. SHABAZZ" ) | |
| a/k/a "HAKEEM A. SHABAZZ" ) | |
| ) | |
| Defendant. ) | |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and David L. Hall, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Richard D. Reid.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

FILED
JAN 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: January 24, 2006

AND NOW, to wit, this 24 day of January, 2006, upon the foregoing Motion, IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Richard D. Reid.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge