IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



UNITED STATES OF AMERICA       :
                                     :

          v.                        :       Cr. A. No. 06– 08

**RICHARD D. REID**
**a/k/a "ABDUL H. SHABAZZ"**      :
**a/k/a "HAKEEM A. SHABAZZ"**     :

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about October 5, 2005, in the State and District of Delaware, **RICHARD D. REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Colt .25 caliber handgun, serial number 32794, after having been convicted on or about February 13, 1997, of a crime punishable by imprisonment for a term exceeding one year, in the Supreme Court of the State of New York, Queens County, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT II

On or about October 5, 2005, in the State and District of Delaware, **RICHARD D. REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Rossi .32 caliber revolver, serial number 61201, loaded with five rounds of .32 caliber ammunition, after having been convicted on or about February 13, 1997, of a crime punishable by imprisonment for a term

exceeding one year, in the Supreme Court of the State of New York, Queens County, in

violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT III

On or about October 5, 2005, in the State and District of Delaware, **RICHARD D.**

**REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein,

did knowingly possess in and affecting interstate commerce, ammunition, that is, approximately

forty Winchester SXT .40 caliber rounds, after having been convicted on or about February 13,

1997, of a crime punishable by imprisonment for a term exceeding one year, in the Supreme

Court of the State of New York, Queens County, in violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(2).

## COUNT IV

On or about October 5, 2005, in the State and District of Delaware, **RICHARD D.**

**REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein,

did knowingly possess in and affecting interstate commerce, ammunition, that is, approximately

forty-six Winchester nine millimeter rounds, after having been convicted on or about February

13, 1997, of a crime punishable by imprisonment for a term exceeding one year, in the Supreme

Court of the State of New York, Queens County, in violation of Title 18, United States Code,

Sections 922(g)(1) and 924(a)(2).

## COUNT V

On or about October 5, 2005, in the State and District of Delaware, **RICHARD D.**

**REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein,

did knowingly possess in and affecting interstate commerce, ammunition, that is, approximately

twenty Remington .40 caliber rounds, after having been convicted on or about February 13, 1997,

of a crime punishable by imprisonment for a term exceeding one year, in the Supreme Court of the State of New York, Queens County, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT VI

On or about October 5, 2005, in the State and District of Delaware, **RICHARD D. REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit, possession with the intent to distribute more than fifty grams of a mixture and substance containing a detectable amount of cocaine base ("crack") in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), as set forth in Count VIII of this Indictment and incorporated by reference as if fully set forth herein), knowingly possessed a firearm, to wit, a Colt .25 caliber handgun, serial number 32794, all in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT VII

On or about October 5, 2005, in the State and District of Delaware, **RICHARD D. REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit, possession with the intent to distribute more than fifty grams of a mixture and substance containing a detectable amount of cocaine base ("crack") in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), as set forth in Count VIII of this Indictment and incorporated by reference as if fully set forth herein), knowingly possessed a firearm, to wit, a Rossi .32 caliber revolver, serial number 61201, all in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT VIII

On or about October 5, 2005, in the District of Delaware and elsewhere, **RICHARD D. REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein, did knowingly possess with the intent to distribute more than fifty grams of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT IX

On or about October 5, 2005, in the District of Delaware and elsewhere, **RICHARD D. REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein, did knowingly possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT X

On or about October 5, 2005, in the District of Delaware and elsewhere, **RICHARD D. REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein, did knowingly possess a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 844.

## COUNT XI

On or about October 5, 2005, in the District of Delaware and elsewhere, **RICHARD D. REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ",** defendant herein, did knowingly possess a mixture and substance containing a detectable amount of marihuana, a

Schedule I controlled substance, in violation of Title 21, United States Code, Section 844.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: 24 JAN 06

