IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-08 |
| ) | |
| RICHARD D. REID ) | |
| a/k/a "ABDUL H. SHABAZZ" ) | |
| a/k/a "HAKEEM A. SHABAZZ" ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Richard D. Reid, as a result of the Indictment returned against him on January 24, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: January 24, 2006

AND NOW, this ___24___ day of ___Jan___, 2006, upon the foregoing Motion, IT IS ORDERED that a warrant issue for the arrest and apprehension of Richard D. Reid.

FILED
JAN 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge