IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RICHARD D. REID )<br>a/k/a "ABDUL H. SHABAZZ" )<br>a/k/a "HAKEEM A. SHABAZZ" ) | Criminal Action No. 06- 08- JNA |

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, David L. Hall, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Richard D. Reid has been arrested.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: March 14, 2006

AND NOW, this ___14___ day of ___March___, 2006, upon the foregoing Motion, it is

**ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAR 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE