*FILED IN OPEN COURT 3/14/06 KJK*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA. | : |
| Plaintiff, | : |
| v. | Criminal Action No. 02-138-GMS |
| STEVEN REED, | |
| Defendant. | |

## MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, Steven Reed, pursuant to 18 U.S.C. § 3143(a) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d), pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a risk of flight and a danger to the community and cannot meet his burden of proving, by clear and convincing evidence, that he is neither a risk of flight nor a danger to the safety of any other person or the community if released.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Dated: March 14, 2006

FILED
MAR 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE