IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-08-KAJ |
| RICHARD REID, | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Motion to Extend Time to File Pretrial Motions, **IT IS HEREBY ORDERED** this 22nd day of May, 2006, that Defendant Reid's pretrial motions shall be due on the 14th day of July, 2006.

_____
Honorable Kent A. Jordan
United States District Court