AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

**RICHARD D. REID a/k/a "ABDUL H. SHABAZZ"**
**a/k/a "HAKEEM A. SHABAZZ"**

## WARRANT FOR ARREST

Case Number:     CR 06-08 UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **RICHARD D. REID**
                                                                                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with (brief description of offense)

- Felon in possession of a firearm
- Possession of a firearm in the furtherance of drug trafficking
- Possession of a controlled substance with intent to distribute
- Possession of a controlled substance

FILED
JUN 0 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title    18    United States Code, Section(s)     924(c)

PETER T. DALLEO                                  _[signature]_, Deputy Clerk
Name of Issuing Officer                                      Signature of Issuing Officer

CLERK OF COURT                                        January 25, 2006 in WILMINGTON, DE
Title of Issuing Officer                                          Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_Richard D. Reid_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 1-25-06 | | |
| DATE OF ARREST | William David DUSM | William _[signature]_ |
| 3-14-06 | | |