IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. A. No. 06– 08 |
| : | |
| RICHARD D. REID : | |
| a/k/a "ABDUL H. SHABAZZ" : | |
| a/k/a "HAKEEM A. SHABAZZ" : | |

### INFORMATION PURSUANT TO 21 U.S.C. § 851

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that **RICHARD D. REID, a/k/a "ABDUL H. SHABAZZ", a/k/a "HAKEEM A. SHABAZZ"**, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Section 841, by virtue of the defendant's prior conviction for a felony drug offense, to wit, criminal possession of a controlled substance (fourth degree) in the Supreme Court of the State of New York, Queens County, sentencing date on or about February 13, 1997.

          COLM F. CONNOLLY
          United States Attorney


BY:    /s/ David L. Hall
          David L. Hall
          Assistant United States Attorney

Dated:    June 19, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. A. No. 06-08 |
| : | |
| RICHARD D. REID : | |
| a/k/a "ABDUL H. SHABAZZ" : | |
| a/k/a "HAKEEM A. SHABAZZ" : | |

CERTIFICATE OF SERVICE

I, Jennifer Brown, Legal Assistant with the United States Attorney's Office for the District of Delaware, hereby certify that on the 19th day of June, 2006, I caused to be electronically filed:

INFORMATION PURSUANT TO 21 U.S.C. §851

with the Clerk of the Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF and will be electronically transmitted to the following:

Eleni Kousoulis, Esq.
Assistant Federal Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

Dated: 19 June 2006

/s/ Jennifer Brown
Jennifer Brown