IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 06-8-KAJ |
| RICHARD REID, | ) |
| Defendant. | ) |

### ORDER

WHEREAS, Defendant Richard Reid has filed a motion to suppress evidence;

IT IS HEREBY ORDERED this 12th day of September, 2006, that a hearing on Defendant's motion is scheduled for November 1, 2006, at 9:30 a.m., in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

_____
UNITED STATES DISTRICT JUDGE

Wilmington, Delaware