IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>RICHARD REID,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:   Criminal Action No. 06-008-KAJ<br>:<br>:<br>:<br>: |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Sophie E. Bryan as an attorney of record on behalf of the United States of America.

                                                           /s/_____
                                                   Sophie E. Bryan
                                                   Assistant United States Attorney
                                                   United States Attorney's Office
                                                   1007 Orange Street, Suite 700
                                                   P.O. Box 2046
                                                   Wilmington, DE 19899-2046
                                                   (302) 573-6277
                                                   sophie.bryan@usdoj.gov

Dated: October 30, 2006