IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-8-KAJ |
| ) | |
| RICHARD D. REID, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington, this 1st day of November, 2006,

For the reasons set forth by the Court during the hearing today,

IT IS HEREBY ORDERED that defendant's motion to suppress (D.I. 18) is DENIED.

_____
UNITED STATES DISTRICT JUDGE