IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-008-SLR |
| ) | |
| RICHARD D. REID, ) | |
| ) | |
| Defendant. ) | |

O R D E R

At Wilmington this 5th day of January, 2007, having considered defendant's unopposed motion for a continuance of trial;

IT IS ORDERED that:

1. Defendant's motion (D.I. 27) is **granted.** The pretrial conference scheduled for January 5, 2007 and the jury trial scheduled to commence on January 17, 2007 are **cancelled.**

2. A telephone conference is scheduled for **Tuesday, January 9, 2007 at 9:00 a.m.**, with the court initiating said call.

_____
United States District Judge