IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>RICHARD D. REID    )<br>a/k/a "ABDUL H. SHABAZZ"  )<br>a/k/a "HAKEEM A. SHABAZZ"  ) | Criminal Action No. 06-08-SLR |

**SUBSTITUTION OF COUNSEL**

Please withdraw the appearance of Assistant United States Attorney David L. Hall and enter the appearance of Assistant United States Attorney Sophie Bryan as counsel of record for the government in the above-captioned case. Please be advised that David L. Hall no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Sophie Bryan.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney


By:   /s/Sophie Bryan
      Sophie Bryan
      Assistant United States Attorney

Dated: January 8, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-08-SLR |
| | ) | |
| RICHARD D. REID | ) | |
| a/k/a "ABDUL H. SHABAZZ" | ) | |
| a/k/a "HAKEEM A. SHABAZZ" | ) | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on January 8, 2007, I electronically filed:

## SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eleni Kousoulis
Assistant Public Defender
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801

/s/Jennifer Brown
Jennifer Brown