IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-008-SLR |
| | ) |
| RICHARD REID, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 9th day of January, 2007, having conferred with counsel;

IT IS ORDERED that:

1. A jury trial is scheduled to commence **Wednesday, February 14, 2007** at **9:30 a.m.** on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. A pretrial conference is scheduled for **Tuesday, February 6, 2007** at **4:30 p.m.** on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. .

3. Motions in limine shall be filed on or before **January 23, 2007.** Proposed jury instructions, voir dire and responses to motions in limine shall be filed on or before **January 30, 2007.**

_____
United States District Judge