

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*The Nemours Building*  (302) 573-6277
*1007 N. Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

February 5, 2007

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    **Re: United States v. Richard D. Reid, Criminal Action No. 06-08-SLR**

Dear Chief Judge Robinson:

    With respect to the "Motion to Suppress Out-of-Court Identification and to Preclude Identification at Trial" filed by the defendant on February 2, 2007, the Government has determined that it will not call John Bristol – the witness whose testimony is at issue – as a witness at trial, and will not seek to introduce through any other witness evidence regarding any identification of the defendant made by Mr. Bristol. Accordingly, the Government respectfully requests that the Court deny the defendant's motion as moot.

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                  United States Attorney

                          By: _____
                              Sophie E. Bryan
                              Assistant United States Attorney

cc: Eleni Kousoulis, Esquire