IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-008-SLR |
| RICHARD D. REID, | ) ) ) |
| Defendant. | ) |

O R D E R

At Wilmington this 7th day of February, 2007, having considered defendant's unopposed motion for waiver of the Speedy Trial Act in order to allow for additional time to prepare for trial;

IT IS ORDERED that defendant's motion (D.I. 26) is **granted**. The time between the filing of defendant's motion (November 27, 2006) and the date on which trial is scheduled to commence (February 14, 2007) shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8).

_____
United States District Judge