IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-008-SLR |
| | ) |
| RICHARD D. REID, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

At Wilmington this 13th day of February, 2007, having considered defendant's motion to exclude fingerprint evidence, plaintiff's opposition thereto, and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 42) is **denied.**

IT IS FURTHER ORDERED that:

1.   Defendant's request to postpone the trial scheduled to commence on **Wednesday, February 14, 2007** is **granted**, to allow defendant the full and fair opportunity to test the recently discovered evidence.  The time between **February 13, 2007 May 2, 2007** shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8).

2.   A jury trial is scheduled to commence **Wednesday, May 2, 2007** at **9:30 a.m.** on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

3.    A pretrial conference is scheduled for **Tuesday, April 24, 2007** at **10:00 a.m.** on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

4.    Motions in limine shall be filed on or before **April 10, 2007.**  Proposed jury instructions, voir dire and responses to motions in limine shall be filed on or before **April 17, 2007.**

United States District Judge