IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-008-SLR ) |
| RICHARD D. REID, | ) **WAIVER OF TRIAL BY JURY** ) |
| Defendant. | ) |

    I acknowledge that I was fully informed of my right to trial by jury in this cause. I hereby waive that right, request the court to try all issues of fact and law without a jury, and waive my right to special findings.

Dated at Wilmington, Delaware, this 24 day of April, 2007.

_____
Defendant Richard Reid

APPROVED:

_____
Eleni Kousoulis, Assistant Federal Public Defender
Attorney for Defendant Richard Reid

    The United States of America consents to defendant's waiver of a jury trial and waives its right to request special findings.

_____
Assistant U.S. Attorney

    I find that the defendant has knowingly and voluntarily waived the right to a jury trial, and I approve the waiver.

_____
United States District Judge