IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-008-SLR |
| | ) | |
| RICHARD D. REID, | ) | |
| Defendant. | ) | |

### GOVERNMENT'S AMENDED WITNESS LIST

NOW COMES the United States of America, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, and provides the following list of witnesses the Government may call in its case-in-chief in the above-captioned action:

1. Matthew Tower – New Castle County Police Department
2. Michael Iglio – New Castle County Police Department
3. Mark Grajewski – New Castle County Police Department
4. Farnum Daneshgar – Office of the Chief Medical Examiner
5. William Lenhart – New Castle County Police Department
6. Kevin Murphy – New Castle County Police Department
7. Russell McNatt, Jr. – Delaware State Police/State Bureau of Investigation
8. Scott Mathis – New Castle County Police Department
9. Joseph Lavelle – New Castle County Police Department
10. Daniel Horsey – New Castle County Police Department
11. Lawrence Jones
12. Scott Curley – Bureau of Alcohol, Tobacco, Firearms, and Explosives
14. Patrick Fyock – Bureau of Alcohol, Tobacco, Firearms, and Explosives

15. Rodney Hegman – Delaware State Police/State Bureau of Investigation
16. David Hughes – Drug Enforcement Administration
17. Albert Wysock – New Castle County Police Department

                                    Respectfully submitted,

                                    COLM F. CONNOLLY
                                    United States Attorney

                By:      /s/
                          Sophie E. Bryan
                          Assistant United States Attorney
                          1007 N. Orange Street, Suite 700
                          P.O. Box 2046
                          Wilmington, DE 19899
                          (302) 573-6277

Dated: May 1, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-008-SLR |
| RICHARD D. REID, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, hereby certify that on the 1st of May 2007, I caused to be filed electronically the Government's Amended Witness List with the Clerk of the Court using CM/ECF, which will be available for public viewing and downloading. I further certify that a copy of the foregoing pleading was served electronically on counsel of record as follows:

Eleni Kousoulis, Esquire
Federal Public Defender's Office
704 King Street, Suite 110
Wilmington, DE 19801

/s/
Sophie E. Bryan
Assistant United States Attorney
United States Attorney's Office
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
sophie.bryan@usdoj.gov

3