**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

May 3, 2007

The Honorable Sue L. Robinson
Chief United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

    **Re:    United States v. Richard D. Reid, Criminal Action No. 06-008-SLR**

Dear Chief Judge Robinson:

    At the invitation of the Court, the government writes to bring the following cases to the attention of the Court:

    United States v. Murray, 193 Fed. Appx. 145 (3d Cir. 2006) (not precedential)

    United States v. Wadley, 185 Fed. Appx. 137 (3d Cir. 2006) (not precedential)

    United States v. Zwibel, 181 Fed. Appx. 238 (3d Cir. 2006) (not precedential)

    Jackson v. Byrd, 105 F.3d 145 (3d Cir. 1997)

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

BY:    /s/
    Sophie E. Bryan
    Assistant United States Attorney

cc:    Eleni Kousoulis, Esq.
    Clerk, U.S. District Court