✣AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE _____

U.S.A.
v.
Richard D. Reid

**EXHIBIT AND WITNESS LIST**

Case Number: 06CR8 -SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Sophie Bryan, Esq. | Eleni Kousoulis, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Govt. 5/2/07 - 5/3/07 | V. Gunning | F. Tassone |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 33 | | 5/2/07 | | ✓ | Stipulation of Prior Felony Conviction |
| 34 | | | | ✓ | Stipulation Regarding Defendant's Name Change |
| 1 | | | | ✓ | Photo of exterior (Tower) |
| *2 | | | | ✓ | Two glassine baggies w/crack |
| 3 | | | | ✓ | New Castle County Police Evidence Inventory Worksheet |
| 4 | | | | ✓ | Apartment Diagram - Apartment D Layout |
| *5 | | | | ✓ | Three "Apple" bags w/ little baggies |
| *6 | | | | ✓ | One loose .45 caliber round |
| *7 | | | | ✓ | Checkbook, 2 business cards |
| *8 | | | | ✓ | 4 Boxes of Ammunition and loose rounds |
| *9 | | | | ✓ | Firearm - .25 caliber Colt Handgun |
| *10 | | | | ✓ | Holster for .25 caliber gun |
| 11 | | | | ✓ | Photograph of gun and holster on bed |
| *12 | | | | ✓ | Bag of cocaine |
| *13 | | | | ✓ | Digital scale and black plastic bag |
| 14 | | | | ✓ | Photocopy of IDs / social security cards |
| | 1 | | ✓ | | Affidavit prepared by Tower |
| *19 | | | | ✓ | Plastic bag w/ burnt marijuana cigarettes (Grajewski) |
| *20 | | | | ✓ | Plastic bags w/ marijuana |
| *21 | | | | ✓ | Two pink glassine baggies; 3 Phillies blunts; rolling paper |
| *22 | | | | ✓ | Firearm - .32 caliber Rossi handgun |
| 23 | | | | ✓ | Photograph of gun |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)            **EXHIBIT AND WITNESS LIST – CONTINUATION**

~~PLT~~ Gov't     U.S.A     vs.   Reid            CASE NO.  06 CR 8-SLR

| GOV'T NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| *24 | | 5/2/07 | ✓ | | 5 rounds of Ammunition         (Grajewski) |
| *17 | | | ✓ | | Plate    (Lenhart - admitted under Iglio on 5/3/07) |
| 15 | | 5/3/07 | ✓ | | Photo of crack on plate           (Iglio) |
| *16 | | | ✓ | | Crack |
| 18 | | | obj ✓ | | Assorted Documents - (admitted) |
| | 2 | | | ✓ | Report prepared by Iglio |
| 31 | | | ✓ | | Certified copy of SBI records re dft's fingerprints (Wysock) |
| 27 | | | ✓ | | Latent fingerprint card              (Murphy) |
| 30 | | | ✓ | | Cert. copy of SBI prints |
| 26 | | | ✓ | | Side-by-side Comparison of partial latent fingerprint |
| 25 | | | ✓ | | Lease                                 (Jones) |
| | 3 | | | ✓ | Rental Application |
| | 4 | | | ✓ | Agreement re: gas & electric |
| | 6 | | | ✓ | Jones' soc. sec card & license |
| 35 | | | ✓ | | Laboratory Report of Daneshgar (Daneshgar) |
| 32 | | | | ✓ | Diagram re: quantity and value of drugs (Hughes) |

\* Gov't. exhibits 2, 5, 6, 7, 8, 9, 10, 12, 13, 16, 17, 19, 20, 21, 22, and 24 have been returned to the appropriate law enforcement individual.

Page  2  of  2  Pages