IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>RICHARD D. REID, )<br>)<br>Defendant. ) | Criminal Action No. 06-08-SLR |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court, pursuant to Fed. R. Crim. P. 48(a) to dismiss, without prejudice, Count VI of the Superseding Indictment in the above-captioned case, charging the defendant with violation of Title 18, United States Code, Section 924(c)(1).

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: August 28, 2007

SO ORDERED this 28th day of August, 2007.

_____
HONORABLE SUE L. ROBINSON
United States District Judge