IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-08-SLR |
| ) | |
| RICHARD D. REID, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION

The parties hereby stipulate and agree as follows:

With respect to Counts X & XI of the Superseding Indictment, the "costs of the investigation and prosecution of the offense[s]," as that term is used in 21 U.S.C. Section 844, are zero.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

Eleni Kousoulis, Esquire
Attorney for Defendant

By: _____
Shannon T. Hanson
Assistant United States Attorney

Richard D. Reid
Defendant

Date: September 4, 2007