## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                  :

          **Plaintiff,**                       :

                                                :

          v.                                    :          **Criminal Action No. 06-08-SLR**

                                                :

RICHARD D. REID,                           :

          **Defendant.**                       :

## MOTION TO DISMISS

**COMES NOW** the United States of America, by and through its undersigned attorneys, and hereby requests that the original Indictment in the above-captioned case, filed on or about January 24, 2006, be dismissed in its entirety.

Respectfully submitted.

COLM F. CONNOLLY
UNITED STATES ATTORNEY

BY:
Shannon T. Hanson
Assistant United States Attorney

Dated:   September 11, 2007

\* \* \* \*

**SO ORDERED this** _____ **day of September, 2007.**

The Honorable Sue L. Robinson
United States District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :

        Plaintiff,                           :

        v.                                   :        Criminal Action No. 06-008-SLR

RICHARD D. REID,                             :

        Defendant.                           :

## CERTIFICATE OF SERVICE

I, Shannon T. Hanson, Assistant United States Attorney for the District of Delaware,

hereby certify that on the 11th of September 2007, I caused to be filed electronically a Motion to

Dismiss with the Clerk of the Court using CM/ECF, which will be available for public viewing

and downloading. I further certify that a copy of the foregoing notice was served electronically

on counsel of record as follows:

    Eleni Kousoulis, Esquire
    Federal Public Defender's Office
    704 King Street, Suite 110
    Wilmington, DE 19801

                    Shannon T. Hanson
                    Assistant United States Attorney
                    United States Attorney's Office
                    1007 Orange Street, Suite 700
                    P.O. Box 2046
                    Wilmington, DE 19899-2046
                    (302) 573-6277