IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-08-SLR |
| RICHARD D. REID, | : | |
| Defendant. | : | |

## MOTION TO DISMISS

**COMES NOW** the United States of America, by and through its undersigned attorneys, and hereby requests that the original Indictment in the above-captioned case, filed on or about January 24, 2006, be dismissed in its entirety.

Respectfully submitted.

COLM F. CONNOLLY
UNITED STATES ATTORNEY

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: September 11, 2007

\* \* \* \*

SO ORDERED this ___11th___ day of September, 2007.

_____
The Honorable Sue L. Robinson
United States District Court