OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4916

www.ca3.uscourts.gov

September 17, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801


**RE: Docket No. 07-3717**
    **USA vs. Reid**
    **D. C. No. 06-cr-00008-1**

Dear Mr. Dalleo:

   Receipt is acknowledged on **9/13/07**, of notice of appeal filed with the district court on **9/13/07**, in the above-captioned case.

   Since the notice of appeal filed on **9/13/07** merely amends the appeal already docketed at No. 07-3717, this notice will not be given a new number but will be placed in the file.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk


                              /s/ Anthony W. Infante
                              By:  Anthony W. Infante
                                   Case Manager


cc:
        Eleni Kousoulis, Esq.
        Shannon T. Hanson, Esq.